### In re FINISAR CORPORATION.

No. 2006–1463.

United States Court of Appeals, Federal Circuit.

May 3, 2007.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.